IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JULIE STONE,

      Plaintiff,

v.   Case No. 3:17cv195/RV/EMT

GULF COAST BANK &
TRUST COMPANY,

      Defendant.

## ORDER OF DISMISSAL

UPON consideration of the parties' Joint Motion for Order Approving FLSA Settlement Agreement (doc. 39), it is ORDERED:

(1) The motion is GRANTED and the FLSA Settlement and Release Agreement are APPROVED. I find the terms to be fair and adequate under the facts of this case. This cause is DISMISSED, with prejudice and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 21st day of September, 2018.

                                                /s/ *Roger Vinson*
                                                **ROGER VINSON**
                                                **Senior United States District Judge**